rándum de costas. Examinada la moción de desestimación presentada por el apelado y la impugnación hecha por el apelante, se declara con lugar y se desestima la apelación.

No. 2785. RAMOS, APELADO, v. GARCÍA, APELANTE.—Corte de Distrito de Aguadilla. Resuelto en marzo 8, 1923. Cobro de dinero. Examinada la moción de desestimación presentada por el apelado y resolviendo de acuerdo con la jurisprudencia que regula la cuestión, se declara con lugar y se desestima la apelación.

No. 2035. EL PUEBLO, APELADO, v. SERRANO, APELANTE.— Corte de Distrito de San Juan, Primer Distrito. Resuelto en marzo 8, 1923. Homicidio voluntario. No habiendo el apelante radicado el alegato requerido por la regla 42 del Reglamento del Tribunal Supremo, se resuelve en corte abierta desestimar la apelación.

No. 2049. EL PUEBLO, APELADO, v. SERRANO, APELANTE.— Corte de Distrito de Arecibo. Resuelto en marzo 9, 1923. Mutilación. Apareciendo que es suficiente la acusación y no estando en condiciones de resolver sobre los errores que alega el apelante que fueron cometidos en el veredicto del jurado por no haberse presentado las pruebas practicadas en el juicio, se confirma la sentencia.

No. 2030. EL PUEBLO, APELADO, v. SCOTT ET AL., APELANTES.—Corte de Distrito de San Juan, Primer Distrito. Adulteración de leche. Resuelto en marzo 9, 1923. No habiendo los apelantes radicado alegato alguno, según requiere el artículo 42 del Reglamento, se resuelve en corte abierta desestimar la apelación.

No. 2531. MONGE, APELANTE, v. PORTO RICO COMMERCIAL CORPORATION, APELADA.—Corte de Distrito de San Juan, Primer Distrito. Rescisión de contratos. Resuelto en marzo 13, 1923. Llamado este caso para vista sin la comparecencia de las partes, y examinados los alegatos y visto el Reglamento de esta corte y la jurisprudencia de este tribunal, se resuelve desestimar la apelación.